UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUMMER TURNER,

           Plaintiff,

  v.

STATE OF COLORADO, *et al.*,

           Defendant.

Case No. C22-390-MJP

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Plaintiff Summer Turner has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

    The Clerk is directed to send copies of this order to the plaintiff and to the Honorable Marsha J. Pechman.

    Dated this 6th day of April, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1